

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert Balin**
212-603-6440 tel
212-379-5240 fax

robertbalin@dwt.com

February 16, 2021

**VIA ECF**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

    Re:    **Michael Lindell v. Mail Media, Inc., et ano.**
            **No. 1:21-cv-00667-PAC**

Dear Judge Crotty:

We represent Mail Media, Inc. ("MMI")[1] in the above-captioned action.  MMI respectfully requests a two-week extension of time to answer, move or otherwise respond to Plaintiff Michael Lindell's Complaint.  MMI's response to the Complaint is currently due on February 22, 2021, and on its behalf, we request that this deadline be extended to March 8, 2021.  Counsel for MMI conferred with Plaintiff's counsel, Charles Harder, who has consented to this brief extension.  This is MMI's first request for an extension in this matter.

Thank you for the Court's consideration of this request.

                          Respectfully submitted,

                          Davis Wright Tremaine LLP

                          */s/ Robert Balin*
                          Robert Balin

---

[1] The Complaint inaccurately refers to the company as "Mail Media Inc. d/b/a Mail Online."  It is our understanding that the other named defendant, Laura Collins, has not been served.

4837-2242-2236v.2 0049264-000095

February 13, 2021
Page 2


cc: Charles Harder, Esq. (counsel for Plaintiff) (via ECF)
 Kelli L. Sager, Esq.
 Selina MacLaren, Esq.