UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MICHAEL LINDELL,

                Plaintiff,

      - against -

MAIL MEDIA INC. d/b/a MAIL ONLINE and
LAURA COLLINS,

                Defendants.
------------------------------------------------------------- x

Case No. 1:21-cv-00667-PAC

ORAL ARGUMENT REQUESTED

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

    PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Declaration of Selina MacLaren executed on April 12, 2021, and all exhibits annexed thereto, and all pleadings herein, Defendants Mail Media, Inc. and Laura Collins (collectively, "Defendants") hereby move before the Honorable Paul A. Crotty, United States District Judge, Southern District of New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) and N.Y. Civ. Rights Law §§ 70-a and 76-a dismissing the Complaint in this action in its entirety and with prejudice.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the motion schedule set by the Honorable Paul A. Crotty during the Telephonic Pre-Motion Conference held on March 25, 2021, Plaintiff's opposition papers are due by April 26, 2021, and Defendants' reply papers are due by May 6, 2021.  (*See* March 25, 2021 Minute Entry.)

Dated: April 12, 2021

                                      Respectfully submitted,

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: */s/ Kelli L. Sager*
                                          Kelli L. Sager (admitted *pro hac* vice)
                                          Selina MacLaren (admitted *pro hac* vice)

2

865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
(213) 633-6800
(213) 633-6899
kellisager@dwt.com
selinamaclaren@dwt.com

Jeremy Chase
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
jeremychase@dwt.com

*Attorneys for Mail Media, Inc. and Laura Collins*

2