# Exhibit A



Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Shop | DailyMailTV

Latest Headlines   Covid-19   Royal Family   Crime   Boris Johnson   Prince Harry   World News   Headlines   Most read   Games                                      Login

# EXCLUSIVE: Trump-loving MyPillow CEO Mike Lindell had secret romance with 30 Rock actress Jane Krakowski and wooed her with flowers and champagne in relationship that BAFFLED her friends

- MyPillow CEO Mike Lindell had a secret nine month romance with 30 Rock star Jane Krakowski, DailyMail.com can reveal
- According to one friend the relationship between the unlikely pair was an 'open secret' in New York's West Village
- The Unbreakable Kimmy Schmidt star, 52, and her Minnesota based lover, 59, were regularly seen in each other's company, sources said
- One said: 'It surprised many of Jane's friends because she's such an icon in the gay community, but here she is dating one of Trump's biggest business backer'
- We'd always joke that Jane had so much money, couldn't she afford her own My Pillow?,' they added
- Another source revealed Lindell had wooed the actress for close to a year, showering her with gifts and flowers
- They added: 'She said she had known him for about eight years and that they had been friends but then they started a relationship about a year ago'
- But Lindell's romance with Krakowski, 52, came to an end this past summer after a weekend together at the actress's rented Hamptons beach house
- When approached by DailyMail.com Krakowski denied even knowing Lindell and said only: 'I've never met the man'
- Lindell said: 'I have never even heard of Jane Krakowski???'

By **LAURA COLLINS, CHIEF INVESTIGATIVE REPORTER FOR DAILYMAIL,.COM**
**PUBLISHED:** 09:46 EDT, 21 January 2021 | **UPDATED:** 15:42 EDT, 21 January 2021

Follow Daily Mail
Follow @DailyMail
Follow @dailymailuk
Follow Daily Mail
Follow Daily Mail
Follow Daily Mail

       

MyPillow CEO and beleaguered 'Stop the Steal' Trump champion Mike Lindell had a secret nine month romance with 30 Rock star Jane Krakowski, DailyMail.com can reveal.

In recent days Lindell has been threatened with legal action by Dominion Voting Systems and dumped by a host of big box stores, as Bed Bath & Beyond, Kohl's and Wayfair have all dropped his product in the wake of the crack addict turned CEO's continued promotion of false claims of election fraud and apparent enthusiasm for martial law.

Now, DailyMail.com has learned that Lindell, 59, was let go rather more personally last summer when his passionate romance with Krakowski, 52, came to an end after a weekend together at the actress's rented Hamptons beach house.



According to one friend the relationship between the unlikely pair was an 'open secret' in New York's West Village where the Unbreakable Kimmy Schmidt star and her Minnesota based lover were regularly seen in each other's company.

The source said: 'It surprised many of Jane's friends because she's such an icon in the gay community, but here she is dating one of Trump's biggest business backers. I mean he was seen in the West Wing and at Trump rallies and he is probably responsible for half of the revenue of Fox News.

'We'd always joke that Jane had so much money, couldn't she afford her own My Pillow?'

FEMAIL TODAY


▸ Prince Harry pays tribute to 'legend of banter' Prince Philip as he releases SEPARATE statement to William - who praised his grandfather's kindness to Kate


▸ 50 Cent reacts to Diddy being seen holding hands with Daphne Joy ... who's the mother of his youngest child


▸ Brooke Shields dines al fresco with husband Chris Henchy in New York as she recovers from brutal femur break
The 55-year-old supermodel walked with support


▸ The Millionaire Matchmaker star Patti Stanger unveils her slimmed down figure in a bikini... as she reveals she 'healed' her Hashimoto's disease with 'food and herbs'


▸ Erika Jayne, 49, gets GRILLED by the Housewives over claims she and estranged husband Tom Girardi, 81, 'embezzled funds' for plane crash victims in heated RHOBH trailer


▸ These stretchy and supportive recycled leggings will protect you when you're on your period AND they're good for the environment
PROMOTED


▸ David Guetta, 53, displays his muscular frame as he goes shirtless on the beach with stunning bikini-clad girlfriend Jessica Ledon, 28, in Miami


▸ 'I've crawled further away from the storm': Lena Dunham marks three years of sobriety with upbeat selfie and reflective post... as she discusses her addiction to anti-anxiety pills


▸ Elon Musk's girlfriend Grimes unveils vast new tattoo etched 'painfully' on her ENTIRE back with white ink

▸ Larsa Pippen showcases her hourglass figure in a

 

MyPillow CEO and beleaguered 'Stop the Steal' Trump champion Mike Lindell had a secret nine month romance with 30 Rock star Jane Krakowski, DailyMail.com can reveal. According to one friend the relationship between the unlikely pair was an 'open secret' in New York's West Village where the Unbreakable Kimmy Schmidt star and her Minnesota based lover were regularly seen in each other's company



In recent days Lindell has been threatened with legal action by Dominion Voting Systems and dumped by a host of big box stores, as Bed Bath & Beyond, Kohl's and Wayfair have all dropped his product in the wake of the crack addict turned CEO's continued promotion of false claims of election fraud and apparent enthusiasm for martial law

The relationship struck some as doubly puzzling thanks to the fact that Krakowski has previously expressed views at the opposite end of the political spectrum from Lindell's robust Republicanism.

According to one former friend: 'Jane was a HUGE fan of Obama and her viewpoint, by the nature of her business and the Broadway audience that she plays to (and calls her 'boys') certainly speaks democratic.'

Another source, who spoke with DailyMail.com on condition of anonymity, struggled to see what Krakowski saw in the multi-millionaire bedding titan but revealed that he had wooed the actress for close to a year, showering her with gifts and flowers.

The source said: 'He sent flowers to her almost every week and champagne and bottles of different liquor. She said she had known him for about eight years and that they had been friends but then they started a relationship about a year ago.

'I don't know exactly what she saw in him but she seemed happy and thought he was a good man.'

According to the source Krakowski and Lindell met in a studio while filming a show and the relationship continued on from there.

The romance was not, the source said, all plain sailing. They revealed, 'They would fight and Jane would throw all of the gifts that he had given her away.

ADVERTISEMENT

'Then they would make up and there would be more gifts again.'

One friend told DailyMail.com: 'Jane was impressed that Mike had turned his life around, from his recovery from crack cocaine and alcohol addiction to now being sober and worth hundreds of millions of dollars.'

Father-of-four, Lindell has often spoken of how he lost his money, his marriage and nearly his life to his hopeless addiction before a moment of Divine intervention saw him turn his life around and, in 2009, achieved sobriety through prayer.




▶ Iggy Azalea rocks green wig, corset top, and biker shorts in Hollywood... after getting vaccinated


▶ Ellen DeGeneres and wife Portia de Rossi enjoy a rare public date night with al fresco dinner in Montecito


▶ Kim Kardashian says daughter North loves to play with makeup and even tried to create a special effects 'scar' on her face: 'My creative baby!'


▶ Eiza Gonzalez says breaking her collarbone changed the 'trajectory of her professional life'... but thinks 'lockdown was the best things that could have happened' to her


▶ Grey's Anatomy star Jesse Williams and ex-wife Aryn Drake-Lee ordered to attend 'high conflict' parenting classes amid custody battle of their two kids... after finalizing divorce


▶ Megan Fox displays a hint of her abs in a crop top, leather trousers and a denim jacket as she debuts her new dark tresses after salon trip

▶ For ALL the showbiz news on the internet, go to Newzit.com

SPONSORED



+99 NEW ARTICLES    Top

Share



+5

The source said: 'He sent flowers to her almost every week and champagne and bottles of different liquor. She said she had known him for about eight years and that they had been friends but then they started a relationship about a year ago. 'I don't know exactly what she saw in him but she seemed happy and thought he was a good man.'

5,301 Amazon.com customer reviews



- Christie Brinkley, 67, is stunning in a strapless swimsuit... after sharing the modeling business is better now: 'I've been in this industry for 47 years now... it has evolved'



- Guett-ing better with age! As David Guetta, 53, shows off his VERY toned physique, experts reveal how no alcohol and sporty lifestyle help the DJ look younger than 10 years ago



- Will Smith moves production of his new slavery movie Emancipation out of Georgia in protest over new voting laws which he claims suppress black voters



- Isla Fisher, 45, shows off her sensational figure in a pink floral swimsuit as she hits the beach on extended vacation with husband Sacha Baron Cohen



- Vin Diesel's neighbors complain that his security team have been 'abusive' and 'absurd' when protecting his family in the Dominican Republic

+99 NEW ARTICLES    Top

Share


**Another source, who spoke with DailyMail.com on condition of anonymity, struggled to see what Krakowski saw in the multi-millionaire bedding titan but revealed that he had wooed the actress for close to a year, showering her with gifts and flowers**

The friend said: 'Jane would always say how fantastic he was and that he was a role model that her son Bennett could look up to.'

It is an assessment that has raised eyebrows among some who know her as DailyMail.com revealed that Lindell has settled dozens of federal lawsuits across eight different states for fraudulent advertising and bogus claims of being a 'sleep expert.'

Lindell has long been a vocal champion of Trump. He appeared alongside him at the White House last spring, in a bizarre Rose Garden address during which he called for more religion in public schools and urged people to use periods of pandemic isolation for prayer.

And he has stolidly refused to accept that Trump lost the election, attending rallies in Iowa, Minnesota, Michigan and Pennsylvania in a bid to 'Stop the Steal.'

Most recently and bizarrely he claimed to have uncovered 'proof' that Trump had won ten million more votes than President elect Joe Biden. Lindell made his claims in a White House meeting Friday, January 15.

The pillow boss was pictured entering the White House clutching papers which revealed his plans for, 'immediate action' to 'save the constitution,' referenced the Insurrection Act and called for a shake-up in CIA leadership.

Trump reportedly called the brief meeting to an abrupt halt after which Lindell insisted on seeing White House counsel Pat Cipollone – a meeting made awkward by the fact that blacked out sections of Lindell's notes called for Cipollone to be fired.

**December: MyPillow CEO attacks Dems, Fox, Dominion Voting Systems**


Hot Right Now! Rita Ora sizzles in a tangerine bikini as she tops up her tan on Bondi Beach


Want to make money from interior design or home décor? This $20 bundle will teach you everything you need to get started
PROMOTED


Prince Harry returns to Frogmore Cottage to quarantine before Philip's funeral: Duke of Sussex stays at former home he shared with Meghan


'He fought an incredible fight': The Sopranos star Joseph Siravo passes away aged 64 following lengthy cancer battle


WINNER is coming! Game of Thrones stars Kit Harington and Rose Leslie celebrate victory in battle to save collapsing moat at their $2.4m UK home


Nick Cannon is expecting his fifth and sixth child as Abby De





The relationship struck some as doubly puzzling thanks to the fact that Krakowski (pictured on 30 Rock) has previously expressed views at the opposite end of the political spectrum from Lindell's robust Republicanism.

And while Lindell has channeled all his energies into the doomed cause of 'saving' Trump's presidency since his split with Krakowski, the actress has a new man and a new show. She is currently fronting a reboot of game show, 'Name That Tune.'

According to one friend Krakowski's new relationship signaled the end of her romance with Lindell. They said, 'This summer she started a flirtation with a new guy that she spent loads of time with in the Hamptons so poor Mike was shown the door.'

Another source said, 'Jane didn't really talk about why they broke up but she said she didn't like the way he treated women sometimes – particularly his ex-wife.'

The friend added: 'Maybe if they'd stayed together he would've focused on Jane rather than trying to question the outcome of the election and advise President Trump on martial law.'

When approached by DailyMail.com Krakowski denied even knowing Lindell and said only: 'I've never met the man.'

Lindell said: 'I have never even heard of Jane Krakowski???'

**Share or comment on this article: MyPillow CEO Mike Lindell had secret romance with 30 Rock star Jane Krakowski**

- La Rosa reveals she's having twins - three months after Brittany Bell gave birth to their second child together 
- Nicole Scherzinger, 42, flaunts her sizzling physique in a busty orange bikini as she dances with beau Thom Evans, 36, at the beach in Hawaii
- PIERS MORGAN: Park the ego, don't whine, work hard, shun Oprah - why Prince Philip's 10-point guide to royal survival should be his legacy for every member of the family 
- After breaking his silence to deliver tribute to his father, Prince Andrew hopes full role at funeral could be doorway back to public life, reports DAN WOOTTON
- Meghan's nemesis Angela Kelly is seen in Windsor as Queen mourns Prince Philip: Monarch's dressmaker 'blasted by Harry in row over tiara for wife' is spotted ahead of funeral
- Sports Illustrated cover girl Jasmine 'Golden Barbie' Sanders turns up the heat as she poses in a skimpy thong bikini on St. Lucia vacation 
- Hilaria Baldwin shares a selfie while breastfeeding BOTH her babies as she asks fans to 'pray that they sleep'
- Rosie Huntington-Whiteley cradles her baby bump in a bikini and white lingerie as she shares unseen throwback pregnancy snaps for Q&A
- Suits her! Queen Letizia of Spain cuts a sophisticated figure in red as she attends an event commemorating the 90th anniversary of women's suffrage in Madrid

