# Exhibit C

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-00445-CJN**

# US DOMINION, INC. et al v. MY PILLOW, INC. et al

| | |
|---|---|
| **Date Filed:** | Feb 22, 2021 |
| **Nature of suit:** | 320 Assault Libel & Slander |
| **Demand:** | $1,303,470,000 |
| **Assigned to:** | Judge Carl J. Nichols |
| **Cause:** | 28:1332 Diversity-Libel,Assault, Slander |
| **Jurisdiction:** | Diversity |
| **Jury demand:** | Plaintiff |

Cases: 1:21-cv-00213-CJN
1:21-cv-00040-CJN

## Parties and Attorneys

| **Plaintiff** | **US DOMINION, INC.** | |
|---|---|---|
| **Representation** | **Dustin Andrew Pusch** | **Elisha Barron** |
| | *CLARE LOCKE LLP* | *SUSMAN GODFREY LLP* |
| | 10 Prince Street | 1301 Avenue of the Americas |
| | Alexandria, VA 22314 | 32nd Floor |
| | (202) 628-7406 | New York City, NY 10019 |
| | dustin@clarelocke.com | (212) 729-2013 |
| | LEAD ATTORNEY | ebarron@susmangodfrey.com |
| | ATTORNEY TO BE NOTICED | LEAD ATTORNEY |
| | | ATTORNEY TO BE NOTICED |
| | **Megan Lambart Meier** | **Stephen Shackelford , Jr.** |

| | |
|---|---|
| *CLARE LOCKE LLP*<br>10 Prince Street<br>Alexandria, VA 22314<br>(202) 628-7403<br>megan@clarelocke.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | *SUSMAN GODFREY L.L.P.*<br>1301 Avenue of the Americas,<br>32nd Floor<br>New York, NY 10019<br>(212) 729-2012<br>sshackelford@susmangodfrey.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Brittany Fowler**<br>*SUSMAN GODFREY LLP*<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067-6029<br>(310) 789-3100<br>bfowler@susmangodfrey.com<br>ATTORNEY TO BE NOTICED | **Davida Brook**<br>*SUSMAN GODFREY LLP*<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067-6029<br>(310) 789-3100<br>Fax: (310) 789-3150<br>dbrook@susmangodfrey.com<br>ATTORNEY TO BE NOTICED |
| **Justin A. Nelson**<br>*SUSMAN GODFREY LLP*<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002<br>(713) 653-7895<br>Fax: (713) 654-6666<br>jnelson@susmangodfrey.com<br>ATTORNEY TO BE NOTICED | **Thomas A. Clare**<br>*CLARE LOCKE LLP*<br>10 Prince Street<br>Alexandria, VA 22314<br>(202) 628-7401<br>tom@clarelocke.com<br>ATTORNEY TO BE NOTICED |

| | |
|---|---|
| **Plaintiff** | **DOMINION VOTING SYSTEMS, INC.** |
| **Representation** | **Dustin Andrew Pusch**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>**Megan Lambart Meier**<br>(See above for address)<br>LEAD ATTORNEY | **Elisha Barron**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>**Stephen Shackelford , Jr.**<br>(See above for address)<br>LEAD ATTORNEY |

|  |  |  |
|---|---|---|
|  | ATTORNEY TO BE NOTICED | ATTORNEY TO BE NOTICED |
|  | **Brittany Fowler**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Davida Brook**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
|  | **Justin A. Nelson**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Thomas A. Clare**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Plaintiff** | **DOMINION VOTING SYSTEMS CORPORATION** | |
| Representation | **Dustin Andrew Pusch**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **Elisha Barron**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|  | **Megan Lambart Meier**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **Stephen Shackelford , Jr.**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
|  | **Brittany Fowler**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Davida Brook**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
|  | **Justin A. Nelson**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Thomas A. Clare**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Defendant** | **MY PILLOW, INC.** | |
| **Defendant** | **MICHAEL J. LINDELL** | |

# Docket Entries

Numbers shown are court assigned numbers.



| Entry # | Filing Date | Description |
|---|---|---|
| 1 | Feb 22, 2021 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 402 receipt number ADCDC-8223832) filed by US DOMINION, INC., DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC.. (Attachments: # 1 Summons to My Pillow, Inc., # 2 Summons to Michael Lindell, # 3 Civil Cover Sheet)(Clare, Thomas) (Entered: 02/22/2021) |
| 2 | Feb 22, 2021 | NOTICE of Filing Exhibits by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. re 1 Complaint, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 9, # 5 Exhibit 10, # 6 Exhibit 11, # 7 Exhibit 12, # 8 Exhibit 13, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17, # 13 Exhibit 18, # 14 Exhibit 19, # 15 Exhibit 42, # 16 Exhibit 43, # 17 Exhibit 44, # 18 Exhibit 47, # 19 Exhibit 56, # 20 Exhibit 57, # 21 Exhibit 58, # 22 Exhibit 59, # 23 Exhibit 129, # 24 Exhibit 141, # 25 Exhibit 154, # 26 Exhibit 167, # 27 Exhibit 168, # 28 Exhibit 169, # 29 Exhibit 219, # 30 Exhibit 228, # 31 Exhibit 230, # 32 Exhibit 231, # 33 Exhibit 232, # 34 Exhibit 233, # 35 Exhibit 234, # 36 Exhibit 235, # 37 Exhibit 236, # 38 Exhibit 237, # 39 Exhibit 238, # 40 Exhibit 239, # 41 Exhibit 240, # 42 Exhibit 241, # 43 Exhibit 242, # 44 Exhibit 243, # 45 Exhibit 244, # 46 Exhibit 245, # 47 Exhibit 246, # 48 Exhibit 247, # 49 Exhibit 248, # 50 Exhibit 249, # 51 Exhibit 252, # 52 Exhibit 253, # 53 Exhibit 254, # 54 Exhibit 255, # 55 Exhibit 256, # 56 Exhibit 257, # 57 Exhibit 258, # 58 Exhibit 259, # 59 Exhibit 260, # 60 Exhibit 261, # 61 Exhibit 262, # 62 Exhibit 263, # 63 Exhibit 264, # 64 Exhibit 265, # 65 Exhibit 266, # 66 Exhibit 267, # 67 Exhibit 268, # 68 Exhibit 269, # 69 Exhibit 270, # 70 Exhibit 271, # 71 Exhibit 272, # 72 Exhibit 273, # 73 Exhibit 274, # 74 Exhibit 275, # 75 Exhibit 276, # 76 Exhibit 277, # 77 Exhibit 278, # 78 Exhibit 279, # 79 Exhibit 280, # 80 Exhibit 281, # 81 Exhibit 282, # 82 Exhibit 283, # 83 Exhibit 284, # 84 Exhibit 285, # 85 Exhibit 286, # 86 Exhibit 287, # 87 Exhibit 288, # 88 Exhibit 289, # 89 Exhibit 290, # 90 Exhibit 291, # 91 Exhibit 292, # 92 Exhibit 293, # 93 Exhibit 294, # 94 Exhibit 295, # 95 Exhibit 296, # 96 Exhibit 297, # 97 Exhibit 298, # 98 Exhibit 299, # 99 Exhibit 300, # 100 Exhibit 301, # 101 Exhibit 302, # 102 Exhibit 303, # 103 Exhibit 304, # 104 Exhibit 305, # 105 Exhibit 306, # 106 Exhibit 307, # 107 Exhibit 308, # 108 Exhibit 309, # 109 Exhibit 310, # 110 Exhibit 311, # 111 Exhibit 312, # 112 Exhibit 313, # 113 Exhibit 314, # 114 Exhibit 315, # 115 Exhibit 316, # 116 Exhibit 317, # 117 Exhibit 318, # 118 Exhibit 319, # 119 Exhibit 320, # 120 Exhibit 321, # 121 Exhibit 322, # 122 Exhibit 323, # 123 Exhibit 324, # 124 Exhibit 325, # 125 Exhibit 326, # 126 Exhibit 327, # 127 Exhibit 328, # 128 Exhibit 329, # 129 Exhibit 330, # 130 Exhibit 331, # 131 Exhibit 332, # 132 Exhibit 333, # 133 Exhibit 334, # 134 Exhibit 335, # 135 Exhibit 336, # 136 Exhibit 337, # 137 Exhibit 338, # 138 Exhibit 339, # 139 Exhibit 340, # 140 Exhibit 341, # 141 Exhibit 342, # 142 Exhibit 343, # 143 Exhibit 344, # 144 Exhibit 345, # 145 Exhibit 346, # 146 Exhibit 347, # 147 Exhibit 348)(Clare, Thomas) (Entered: 02/22/2021) |
| 3 | Feb 22, 2021 | NOTICE of Appearance by Megan Lambart Meier on behalf of All Plaintiffs (Meier, Megan) (Entered: 02/22/2021) |
| 4 | Feb 22, 2021 | NOTICE of Appearance by Dustin Andrew Pusch on behalf of All Plaintiffs (Pusch, Dustin) (Entered: 02/22/2021) |
| 5 | Feb 22, 2021 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:21-cv-00040. (Clare, Thomas) (Entered: 02/22/2021) |
| 6 | Feb 22, 2021 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 1:21-cv-00213. (Clare, Thomas) (Entered: 02/22/2021) |

| Entry # | Filing Date | Description |
|---|---|---|
| 7 | Feb 22, 2021 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Clare, Thomas) (Entered: 02/22/2021) |
|   | Feb 22, 2021 | NOTICE OF ERROR re 1 Complaint; emailed to tom@clarelocke.com, cc'd -1 associated attorneys -- The PDF file you docketed contained errors: 1. Missing/incorrect summonses. Please submit using the event Request for Summons to issue. (adh, ) (Entered: 02/22/2021) |
|   | Feb 22, 2021 | Case Assigned to Judge Carl J. Nichols. (adh, ) (Entered: 02/22/2021) |
|   | Feb 22, 2021 | SUMMONS Not Issued as to MICHAEL J. LINDELL, MY PILLOW, INC. (adh, ) (Entered: 02/22/2021) |
| 8 | Feb 22, 2021 | REQUEST FOR SUMMONS TO ISSUE re 1 Complaint, filed by US DOMINION, INC., DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC.. Related document: 1 Complaint, filed by DOMINION VOTING SYSTEMS CORPORATION, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC..(Clare, Thomas) (Entered: 02/22/2021) |
| 9 | Feb 22, 2021 | SUMMONS (2) Issued Electronically as to MICHAEL J. LINDELL, MY PILLOW, INC.. (Attachments: # 1 Notice and Consent)(eg) (Entered: 02/22/2021) |
| 10 | Mar 4, 2021 | WAIVER OF SERVICE. MICHAEL J. LINDELL waiver sent on 2/22/2021, answer due 4/23/2021. (Meier, Megan) (Entered: 03/04/2021) |
| 11 | Mar 8, 2021 | STANDING ORDER. Signed by Judge Carl J. Nichols on March 8, 2021. (lccjn2) (Entered: 03/08/2021) |
| 12 | Mar 8, 2021 | LEAVE TO FILE DENIED- Motion; Jeffrey Cutler This document is unavailable as the Court denied its filing. "Leave to file DENIED for failure to comply with Local Civil Rule 7(o)(2)." Signed by Judge Carl J. Nichols. (eg) (Entered: 03/09/2021) |
| 13 | Mar 9, 2021 | LEAVE TO FILE DENIED- Jeffrey Cutler; Motion This document is unavailable as the Court denied its filing. "The Court construes this document as a Motion for Leave to File and Amicus Brief. Leave to file DENIED for failure to comply with Local Civil Rule 7(o)(2)." Signed by Judge Carl J. Nichols. (zeg) (Entered: 03/10/2021) |
| 14 | Mar 26, 2021 | NOTICE of Appearance by Justin A. Nelson on behalf of All Plaintiffs (Nelson, Justin) (Entered: 03/26/2021) |
| 15 | Mar 26, 2021 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Stephen Shackelford, Filing fee $ 100, receipt number ADCDC-8333025. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Stephen Shackelford, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 16 | Mar 26, 2021 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Davida Brook, Filing fee $ 100, receipt number ADCDC-8333034. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Davida Brook, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 17 | Mar 26, 2021 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Stephen E. Morrissey, Filing fee $ 100, receipt number ADCDC-8333044. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, |

| Entry # | Filing Date | Description |
|---|---|---|
| | | INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Stephen E. Morrissey, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 18 | Mar 26, 2021 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elisha Barron, Filing fee $ 100, receipt number ADCDC-8333054. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Elisha Barron, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 19 | Mar 26, 2021 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Emily Cronin, Filing fee $ 100, receipt number ADCDC-8333070. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Emily Cronin, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| 20 | Mar 26, 2021 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Brittany Fowler, Filing fee $ 100, receipt number ADCDC-8333094. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Brittany Fowler, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/26/2021) |
| | Mar 30, 2021 | MINUTE ORDER. The Court having considered Plaintiffs' 15 Motion for Leave to Appear Pro Hac Vice of Stephen Shackelford, Jr., and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Stephen Shackelford, Jr., is ADMITTED to practice before the Court pro hac vice. Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| | Mar 30, 2021 | MINUTE ORDER. The Court having considered Plaintiffs' 16 Motion for Leave to Appear Pro Hac Vice of Davida Brook, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Davida Brook is ADMITTED to practice before the Court pro hac vice. Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| | Mar 30, 2021 | MINUTE ORDER. The Court having considered Plaintiffs' 17 Motion for Leave to Appear Pro Hac Vice of Stephen E. Morrissey, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Stephen E. Morrissey is ADMITTED to practice before the Court pro hac vice. Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| | Mar 30, 2021 | MINUTE ORDER. The Court having considered Plaintiffs' 18 Motion for Leave to Appear Pro Hac Vice of Elisha Barron, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Elisha Barron is ADMITTED to practice before the Court pro hac vice. |

| Entry # | Filing Date | Description |
|---|---|---|
|  |  | Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
|  | Mar 30, 2021 | MINUTE ORDER. The Court having considered Plaintiffs' 20 Motion for Leave to Appear Pro Hac Vice of Brittany Fowler, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Brittany Fowler is ADMITTED to practice before the Court pro hac vice. Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Carl J. Nichols on March 30, 2021. (lccjn2) (Entered: 03/30/2021) |
| 21 | Mar 30, 2021 | Amended MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Emily Cronin, Filing fee $ 100, receipt number ADCDC-8339985. Fee Status: Fee Paid. by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Declaration of Emily Cronin, # 2 Text of Proposed Order)(Clare, Thomas) (Entered: 03/30/2021) |
|  | Apr 1, 2021 | MINUTE ORDER. The Court having considered Plaintiffs' 21 Motion for Leave to Appear Pro Hac Vice of Emily Cronin, and it appearing to the Court that the attorney referenced therein meets the requirements for pro hac vice admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Emily Cronin is ADMITTED to practice before the Court pro hac vice. Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Carl J. Nichols on April 1, 2021. (lccjn2) (Entered: 04/01/2021) |
| 22 | Apr 2, 2021 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of All Plaintiffs (Shackelford, Stephen) (Entered: 04/02/2021) |
| 23 | Apr 2, 2021 | NOTICE of Appearance by Davida Brook on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Brook, Davida) (Entered: 04/02/2021) |
| 24 | Apr 2, 2021 | NOTICE of Appearance by Brittany Fowler on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Fowler, Brittany) (Entered: 04/02/2021) |
| 25 | Apr 2, 2021 | NOTICE of Appearance by Elisha Barron on behalf of DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. (Barron, Elisha) (Entered: 04/02/2021) |