# Exhibit D



# Lindell Recovery Network Is Coming Soon



## Lindell Recovery Network

Mike was severely addicted to crack cocaine. Through God, he was able to overcome all his addictions.

And now, to help other addicts achieve what Mike has achieved, Mike is working on his platform, the Lindell Recovery Network (LRN). "LRN is a revolutionary platform I have been working on which will help set people free from addiction."

Proceeds from Mike's book, *What Are the Odds? From Crack Addict to CEO* will help launch the Lindell Recovery Network.

- Terms and Conditions
- Privacy Policy

© Copyright 2020 Lindell Recovery Network. All Rights Reserved.

**URL**

https://web.archive.org/web/20200809091527/https://lindellrecoverynetwork.org/

**Timestamp**

Fri Apr 09 2021 12:40:09 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.charitynavigator.org/ein/833414628

**Timestamp**

Fri Apr 09 2021 12:40:46 GMT-0700 (Pacific Daylight Time)




**URL**

https://www.charitynavigator.org/ein/833414628

**Timestamp**

Fri Apr 09 2021 12:40:46 GMT-0700 (Pacific Daylight Time)

| | |
|---|---|
| Salary of Key Persons — No Data Available | Revenue and expense data is not available for this organization. This data is only available if this charity has at least one year of e-file Form 990 data. |
| IRS Published Data (Business Master File) — Data Available / Data Available | |
| Data Sources (IRS Forms 990) — No Data Available | |



**Lindell Recovery Network**

♥ Add to My Charities    Donate to this Charity

This organization does not have an Encompass Score

SEE DETAILS

- Finance & Accountability — Not Scored — SEE WHY
- Impact & Results — Not Scored — SEE WHY
- Leadership & Adaptability — Coming Soon — SEE MORE
- Culture & Community — Not Scored — SEE WHY

 ## Impact & Results

Charity Navigator assesses how well a nonprofit delivers on its mission. To issue an Impact & Results score, we estimate the actual impact a nonprofit has on the lives of those it serves, and determine whether it is making good use of donor resources to achieve that impact.

**Impact & Results Score**
BETA
Not Scored

We have not issued this nonprofit an Impact & Results score. This does not indicate a positive or negative assessment, only that we have not reached a conclusion for one of the following reasons:

- The nonprofit is eligible for a score, but we have not yet gotten to scoring it.
- The nonprofit is eligible for a score, but we have not yet developed the specific algorithms to estimate the impact of the type of service it delivers and so cannot issue a score yet.
- The nonprofit does not primarily deliver services directly to beneficiaries or it is not reasonable to expect the nonprofit to measure impact for its primary activity. The impact analysis framework that we use is not well suited to these nonprofits.
- The nonprofit is not heavily reliant on individual donors because beneficiaries fund a majority of its costs or it does not receive any private charitable contributions.

Learn more about how we rate nonprofits.

Do you work at Lindell Recovery Network? Share your impact data to update your score.

**URL**
https://www.charitynavigator.org/ein/833414628

**Timestamp**
Fri Apr 09 2021 12:40:46 GMT-0700 (Pacific Daylight Time)





 Culture & Community



**URL**

https://www.charitynavigator.org/ein/833414628

**Timestamp**

Fri Apr 09 2021 12:40:46 GMT-0700 (Pacific Daylight Time)




**URL**

https://www.charitynavigator.org/ein/833414628

**Timestamp**

Fri Apr 09 2021 12:40:46 GMT-0700 (Pacific Daylight Time)

communities they serve, may be more effective. We award every nonprofit that completes the Candid survey full credit for this Beacon, in recognition of their willingness to publicly share this information with the nonprofit and philanthropic communities. Although the data is not evaluated for quality at this time, future iterations of this Beacon will include third party or other data that will serve to validate the information provided by the nonprofit.

### ABOUT US
OVERVIEW
MISSION, VISION AND GOALS
RATING METHODOLOGY
FINANCIALS AND POLICIES
OUR STAFF
OUR BOARD OF DIRECTORS

### PRODUCTS & SERVICES
CHARITY NAVIGATOR'S API
RATINGS IN PRINT
CUSTOMIZED CHARITY LISTS

### MEDIA
PRESS ROOM
ARTICLES
BLOG
LINK TO US

### CONNECT WITH US
JOIN OUR TEAM
SUPPORT OUR WORK
FAQ
KNOWLEDGE BASE
CONTACT US

© 2021 Charity Navigator

Privacy Policy | Donor Privacy | Copyright Notice | Terms

### URL
https://www.charitynavigator.org/ein/833414628

### Timestamp
Fri Apr 09 2021 12:40:46 GMT-0700 (Pacific Daylight Time)