# Exhibit E

3/31/2021 https://pa.courts.state.mn.us/CaseDetail.aspx?CaseID=1610987078

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back                                      Location : All MNCIS Sites - Case Search   Help

# REGISTER OF ACTIONS
### CASE NO. 10-FA-07-230

| | | | |
|---|---|---|---|
| **In the Marriage of Michael James Lindell vs Karen Ann Lindell** | § § § § | Case Type: | **Dissolution with Child** |
| | | Date Filed: | **05/30/2007** |
| | | Location: | **Carver** |

## PARTY INFORMATION

| | | | | |
|---|---|---|---|---|
| | | | | **Lead Attorneys** |
| **Petitioner** | **Lindell, Michael James** | Male | | **ERIC JON BRAATEN** |
| | Chaska, MN 55318 | DOB: | 1961 | *Retained* |
| | | | | 952-448-4747(W) |
| | | | | |
| **Respondent** | **Lindell, Karen Ann** | | | |
| | Spring Park, MN 55384 | DOB: | 1957 | |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**
06/21/2007 **Dissolution Granted - Judgment** (Judicial Officer: Kanning, Philip T.)

**OTHER EVENTS AND HEARINGS**
05/30/2007 **Summons**
05/30/2007 **Petition for Dissolution of Marriage**
05/30/2007 **Other Document**
05/30/2007 **Other Document**
05/30/2007 **Affidavit of Service**
05/30/2007 **Waiver of Counsel**
05/30/2007 **Certificate of Representation**
05/30/2007 **Confidential Information Form 11.1 personal information**
05/30/2007 **Marital Termination Agreement**
05/30/2007 **Default Scheduling Request**
06/21/2007 **Default Hearing** (8:30 AM) (Judicial Officer Kanning, Philip T.)
            Result: Held
06/21/2007 **Findings, Order, Judgment and Decree-Dissolution** (Judicial Officer: Kanning, Philip T. )
07/03/2007 **Returned Mail**

## FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Petitioner** Lindell, Michael James | | | |
| | Total Financial Assessment | | | 340.00 |
| | Total Payments and Credits | | | 340.00 |
| | **Balance Due as of 03/31/2021** | | | **0.00** |
| 05/31/2007 | Transaction Assessment | | | 330.00 |
| 05/31/2007 | Mail Payment | Receipt # 0010-2007-07995 | BRAATEN, ERIC JON | (330.00) |
| 06/21/2007 | Transaction Assessment | | | 10.00 |
| 06/21/2007 | Counter Payment | Receipt # 0010-2007-09031 | Lindell, Michael James | (10.00) |

2/5/2021 https://pa.courts.state.mn.us/CaseDetail.aspx?CaseID=1616348396

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back   Location : All MNCIS Sites - Case Search   Help

# REGISTER OF ACTIONS
## CASE NO. 10-FA-13-356

| | | | |
|---|---|---|---|
| In re the Marriage of Michael James Lindell and Dallas Ann Lindell | § § § § § | Case Type: | **Dissolution without Child** |
| | | Date Filed: | **08/20/2013** |
| | | Location: | **Carver** |

### PARTY INFORMATION

| | | | | Lead Attorneys |
|---|---|---|---|---|
| **Petitioner** | **LINDELL, MICHAEL JAMES** | Male | | **DENIS E GRANDE** |
| | CHASKA, MN 55318 | DOB: ▓ 1961 | | *Retained* |
| | | | | 612-305-1400(W) |
| | | | | |
| **Respondent** | Lindell, Dallas Ann *Now Known As* Yocum, Dallas Ann | | | **PAMELA ANN STECKMAN** |
| | Fort Mohave, AZ 86246 | DOB ▓ 1969 | | *Retained* |
| | | | | 320-251-6700(W) |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| Date | Event |
|---|---|
| 10/10/2013 | **Judgment** (Judicial Officer: Eide, Kevin W.) |
| 01/28/2014 | **Dissolution Granted - Judgment** (Judicial Officer: Eide, Kevin W.) |
| 01/28/2014 | **Change of name granted** |
| | Party(Lindell, Dallas Ann) |

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 08/20/2013 | **Answer and Counterpetition** |
| 08/20/2013 | **Confidential Financial Source Documents Form 11.2** |
| 08/20/2013 | **Confidential Information Form 11.2 Attachments** |
| 08/20/2013 | **Certificate of Representation** |
| 08/20/2013 | **Notice of Motion and Motion for Temporary Relief** |
| 08/20/2013 | **Affidavit-Other** |
| 08/20/2013 | **Affidavit of Service** |
| 08/20/2013 | **Affidavit-Other** |
| 08/20/2013 | **Notice of Case Filing** |
| 08/20/2013 | **Notice of Initial Case Management Conference** |
| 08/20/2013 | **Correspondence** |
| 08/20/2013 | **Notice of Withdrawal of Counsel** |
| 08/20/2013 | **Affidavit of Service** |
| 08/20/2013 | **Correspondence** |
| 08/20/2013 | **Order-Other** (Judicial Officer: Eide, Kevin W. ) |
| 08/28/2013 | **Correspondence** |
| 08/28/2013 | **Correspondence** |
| 08/28/2013 | **Correspondence** |
| 09/10/2013 | **Correspondence** |
| 09/11/2013 | **Correspondence** |
| 09/12/2013 | **Affidavit-Other** |
| 09/12/2013 | **Correspondence** |
| 09/13/2013 | **Initial Case Management Conference** (10:30 AM) (Judicial Officer Eide, Kevin W.) |
| | Result: Held |
| 09/16/2013 | **ICMC Order for Financial Early Neutral Evaluation** (Judicial Officer: Eide, Kevin W. ) |
| 09/20/2013 | **Memorandum** |
| 09/20/2013 | **Affidavit of Service** |
| 09/20/2013 | **Correspondence** |
| 09/23/2013 | **Notice of Motion and Motion** |
| 09/23/2013 | **Affidavit of Service** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Affidavit-Other** |
| 09/23/2013 | **Correspondence** |
| 09/23/2013 | **Memorandum** |
| 09/24/2013 | **Temporary Hearing** (8:30 AM) (Judicial Officer Eide, Kevin W.) |
| | Result: Held |
| 09/24/2013 | **Taken Under Advisement** (Judicial Officer: Eide, Kevin W. ) |
| 09/26/2013 | **Affidavit-Other** |
| 09/26/2013 | **Correspondence** |
| 09/26/2013 | **Affidavit of Service** |
| 09/26/2013 | **Correspondence** |
| 09/26/2013 | **Correspondence** |
| 09/26/2013 | **Affidavit-Other** |
| 09/26/2013 | **Affidavit-Other** |
| 09/26/2013 | **Affidavit-Other** |
| 09/26/2013 | **Memorandum** |
| 09/26/2013 | **Affidavit of Service** |
| 10/02/2013 | **Correspondence** |
| 10/03/2013 | **Petition for Dissolution of Marriage** |
| 10/03/2013 | **Affidavit of Service** |
| 10/03/2013 | **Correspondence** |
| 10/04/2013 | **Correspondence** |
| 10/07/2013 | **Correspondence** |
| 10/10/2013 | **Order-Other** (Judicial Officer: Eide, Kevin W. ) |
| 10/10/2013 | **Notice of Filing of Order** |
| 10/10/2013 | **Judgment** |
| 10/21/2013 | **Notice of Motion and Motion** |
| 10/21/2013 | **Affidavit-Other** |
| 10/21/2013 | **Affidavit-Other** |
| 10/21/2013 | **Affidavit of Service** |
| 10/21/2013 | **Correspondence** |
| 10/21/2013 | **Memorandum** |

| Date | Event | | |
|---|---|---|---|
| 10/24/2013 | **ENE Status Conference** (8:45 AM) (Judicial Officer Eide, Kevin W.) | | |
| | Result: Held | | |
| 10/31/2013 | CANCELED **Motion Hearing** (8:30 AM) (Judicial Officer Eide, Kevin W.) | | |
| | Other | | |
| 10/31/2013 | **ENE Status Conference** (8:30 AM) (Judicial Officer Eide, Kevin W.) | | |
| | Result: Held | | |
| 11/27/2013 | **Stipulation and Order** (Judicial Officer: Eide, Kevin W.) | | |
| 11/27/2013 | **Notice of Filing of Order** | | |
| 12/03/2013 | **Substitution of Counsel** | | |
| 12/03/2013 | **Affidavit of Service** | | |
| 12/03/2013 | **Correspondence** | | |
| 12/05/2013 | **Order-Other** (Judicial Officer: Eide, Kevin W.) | | |
| 12/05/2013 | **Correspondence** | | |
| 12/05/2013 | **Notice of Filing of Order** | | |
| 12/26/2013 | **Correspondence** | | |
| 12/26/2013 | **Early Neutral Evaluator's Report** | | |
| 12/27/2013 | **Notice-Delinquent Account** | | |
| 01/06/2014 | **Returned Mail** | | |
| 01/22/2014 | CANCELED **Pre-trial** (8:30 AM) (Judicial Officer Eide, Kevin W.) | | |
| | Fail to appear | | |
| 01/28/2014 | **Findings, Order, Judgment and Decree-Dissolution** (Judicial Officer: Eide, Kevin W.) | | |
| 01/28/2014 | **Notice of Filing of Order** | | |
| 01/28/2014 | **Judgment** | | |
| 01/28/2014 | **Name Change Sent to Secretary of State** | | |
| 01/30/2014 | **Notice of Filing of Order by Attorney or Party** | | |
| 01/30/2014 | **Affidavit of Service** | | |
| 01/30/2014 | **Correspondence** | | |
| 02/12/2014 | CANCELED **Evidentiary Hearing** (8:30 AM) (Judicial Officer Eide, Kevin W.) | | |
| | Settled | | |
| 02/12/2014 | **Correspondence** | | |
| 02/14/2014 | **Correspondence** | | |
| 02/28/2014 | **Summary Real Estate Disposition Judgment** (Judicial Officer: Eide, Kevin W.) | | |
| 02/28/2014 | **Judgment** | | |
| 02/28/2014 | **Notice of Filing of Order** | | |
| 07/12/2017 | **Copy Request**    Index # 1 | | |

## FINANCIAL INFORMATION

| | **Attorney** DAUDELIN, SUSAN ANNE | | |
|---|---|---|---|
| | Total Financial Assessment | | 32.00 |
| | Total Payments and Credits | | 32.00 |
| | **Balance Due as of 02/05/2021** | | **0.00** |
| 01/28/2014 | Transaction Assessment | | 32.00 |
| 01/28/2014 | Counter Payment      Receipt # 0010-2014-000694 | DAUDELIN, SUSAN ANNE | (32.00) |

| | **Petitioner** LINDELL, MICHAEL JAMES | | |
|---|---|---|---|
| | Total Financial Assessment | | 609.00 |
| | Total Payments and Credits | | 584.00 |
| | **Balance Due as of 02/05/2021** | | **25.00** |
| 09/23/2013 | Transaction Assessment | | 534.00 |
| 09/23/2013 | Mail Payment      Receipt # 0010-2013-007657 | Lindell, Michael James | (25.00) |
| 09/23/2013 | Mail Payment      Receipt # 0010-2013-007658 | Lindell, Michael James | (102.00) |
| 09/23/2013 | Mail Payment      Receipt # 0010-2013-007660 | Lindell, Michael James | (407.00) |
| 09/24/2013 | Transaction Assessment | | 25.00 |
| 09/24/2013 | Mail Payment      Receipt # 0010-2013-007691 | Lindell, Michael James | (25.00) |
| 10/01/2013 | Transaction Assessment | | 25.00 |
| 10/01/2013 | Mail Payment      Receipt # 0010-2013-007856 | GRANDE, DENIS E | (25.00) |
| 10/02/2013 | Transaction Assessment | | 25.00 |

| | **Respondent** Lindell, Dallas Ann | | |
|---|---|---|---|
| | Total Financial Assessment | | 718.00 |
| | Total Payments and Credits | | 718.00 |
| | **Balance Due as of 02/05/2021** | | **0.00** |
| 08/20/2013 | Transaction Assessment | | 509.00 |
| 08/20/2013 | Mail Payment      Receipt # 0010-2013-006742 | STECKMAN, PAMELA ANN | (509.00) |
| 09/26/2013 | Transaction Assessment | | 50.00 |
| 09/26/2013 | Mail Payment      Receipt # 0010-2013-007757 | Lindell, Dallas Ann | (50.00) |
| 10/21/2013 | Transaction Assessment | | 127.00 |
| 10/23/2013 | Mail Payment      Receipt # 0010-2013-008513 | STECKMAN, PAMELA ANN | (127.00) |
| 02/12/2014 | Transaction Assessment | | 16.00 |
| 02/12/2014 | Mail Payment      Receipt # 0010-2014-001086 | STECKMAN, PAMELA ANN | (16.00) |
| 02/14/2014 | Transaction Assessment | | 16.00 |
| 02/14/2014 | Mail Payment      Receipt # 0010-2014-001201 | STECKMAN, PAMELA ANN | (16.00) |