UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MICHAEL LINDELL,

              Plaintiff,

       - against -

MAIL MEDIA INC. d/b/a MAIL ONLINE and
LAURA COLLINS,

              Defendants.
------------------------------------------------------------ x

Case No. 1:21-cv-00667-PAC

# SECOND DECLARATION OF SELINA MACLAREN IN SUPPORT OF MOTION BY DEFENDANTS MAIL MEDIA, INC. AND LAURA COLLINS TO DISMISS PLAINTIFF'S COMPLAINT

I, Selina MacLaren, hereby declare and state as follows:

    1.    I am over the age of 18 and am not a party to this action. I am an associate in the law firm of Davis Wright Tremaine LLP, counsel for defendants Mail Media, Inc. and Laura Collins (collectively, "Defendants") in the above-captioned action. I am an attorney admitted to practice in the State of California and District of Columbia, and I am admitted *pro hac vice* in this action. I have personal knowledge of the following facts, except those stated on information and belief, which I am informed and believe to be true.

    2.    Attached to this Declaration as Exhibit F is a true and correct copy of a court record entitled "Memorandum of Points and Authorities in Support of Defendant My Pillow, Inc's Motion to Dismiss for Failure to State A Claim, For Lack of Personal Jurisdiction, And For Improper Venue," filed on April 19, 2021, in *US Dominion, Inc., et al. v. My Pillow, Inc. and Michael J. Lindell*, Case No. 1:21-cv-00445-CJN (D.D.C.). I downloaded this record from the

Public Access to Court Electronic Records ("PACER") system for the District of the District of Columbia on May 3, 2021.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 6th day of May, 2021, at Los Angeles, California.

*/s/ Selina MacLaren*
SELINA MACLAREN
