**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL LINDELL,

                        Plaintiff,

      -against-                                      21 **CIVIL** 667 (PAC)

                                                            **JUDGMENT**

MAIL MEDIA INC. d/b/a MAIL ONLINE
and LAURA COLLINS,

                      Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 10, 2021, Defendants' motion is GRANTED and Lindell's Amended Complaint is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       January 19, 2022

                                                             **RUBY J. KRAJICK**
                                                                 Clerk of Court
                                         **BY:**
                                                                  **Deputy Clerk**